60(b)(6) relief is available only where exceptional circumstances have denied moving party full and fair opportunity to litigate claim and prevented moving party from receiving adequate redress); *In re Guidant Corp. Implantable Defibrillators Prod. Liab. Litig.*, 496 F.3d 863, 866 (8th Cir.2007) (setting forth relevant factors for finding excusable neglect under Rule 60(b)); *see also Broadway v. Norris*, 193 F.3d 987, 988–89 (8th Cir.1999) (applying abuse-of-discretion review standard and noting that appeal of Rule 60(b) motion does not bring up for review underlying judgment or order).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Ollie M. Hollman appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination suit against her former employer. Having carefully reviewed the record and considered Hollman's arguments, we find no basis for reversal. *See Gordon v. Shafer Contracting Co.*, 469 F.3d 1191, 1194 (8th Cir.2006) (de novo standard of review). Accordingly, we deny the parties' pending motions and affirm the district court's judgment. *See* 8th Cir. R. 47B.

**Ollie M. HOLLMAN, Appellant,**

v.

**Thomas L. NELLUMS, Sr., Owner, Tee and E Trucking/Tee and E Trucking, Inc., Appellee.**

No. 08–3958.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 28, 2010.

Filed: Feb. 2, 2010.

**Daniel C. COYLE, Sr., Appellant,**

v.

**AQUILA, INC., Appellee.**

No. 09–1801.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 28, 2010.

Filed: Feb. 3, 2010.

Daniel C. Coyle, Sr., Lee Summit, MO, pro se.

1. The Honorable Henry Edward Autrey, United States District Judge for the Eastern District of Missouri.